

**ORDERED in the Southern District of Florida on November 25, 2014.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov**

In re:

GEORGE A. KASTANES and
TERESA D. KASTANES,

     Debtors.

_____/

In re:

INTERSTATE INVESTMENT GROUP, LLC,
*Et al.*

     Debtors.

_____/

Jointly Administered:
CASE NO. 12-10274-BKC-RBR

Chapter 7

CASE NO. 12-17321-BKC-RBR

SONYA L. SALKIN,                                          Adv. Pro. No.  14-1012-BKC-RBR-A
CHAPTER 7 TRUSTEE,

      Plaintiff,

v.

BRYCE PETERS FINANCIAL CORP.,

      Defendant.
_____/

## FINAL DEFAULT JUDGMENT
## AGAINST DEFENDANT
## BRYCE PETERS FINANCIAL CORP.

This matter is before the Court pursuant to this Court's Order Granting Motion for Final Default Judgment against Defendant Bryce Peters Financial Corp. [ECF No. 31].  The Court hereby ORDERS as follows:

1.    Final Default Judgment is hereby entered against Defendant Bryce Peters Financial Corp. and in favor of SONYA L. SALKIN, Chapter 7 Trustee (the "Trustee" or the "Plaintiff") for the jointly administered estates of (i) George A. Kastanes and Teresa D. Kastanes, Case No. 12-10274-BKC-RBR and (ii) Interstate Investment Group, LLC, et al., Case No. 12-17321-BKC-RBR, in the amount of $2,063,889.00, which shall accrue post-judgment interest at the rate set forth in 28 U.S.C. § 1961, for which let execution issue forthwith.

2.    In accordance with Fla. Stat. § 55.10(1), the address of the Plaintiff is as follows:

> **Sonya L. Salkin, Chapter 7 Trustee**
> c/o Genovese Joblove & Battista, P.A.
> Attn: Michael L. Schuster
> 100 SE 2nd Street, Suite 4400
> Miami, FL 33131

3.    In accordance with Fla. Stat Stat. § 55.01(2), the address of the Defendant is as follows:

Bryce Peters Financial Corp
Attention: President and/or CEO
2790 Wrondel Way Ste. 500
Reno, NV 89502


4.   The Court reserves jurisdiction over this cause and the parties hereto and to enter any

other and further orders for post-judgment relief as may be appropriate.

5.   The Clerk is directed to close this adversary proceeding.

###

Submitted by :

Michael L. Schuster
Genovese Joblove & Battista, P.A.
Miami Tower
100 S.E. Second Street, 44th Floor
Miami, FL 33131
(305)  349-2300


Copy to :

Michael L. Schuster, Esq.
[Attorney Schuster Is hereby directed to furnish a conformed copy hereof to all parties in
interest]